FILED'08 DEC 04 13:09USDC-ORP

FILED

DEC - 2 2008

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FRED OVCHINNIKOV,                )
                                 )
                  Plaintiff,     )        Civil Case No. 07-1482-PK
                                 )
        vs.                      )              ORDER
                                 )
CONTECH CONSTRUCTION             )
PRODUCTS, INC.,                  )
                                 )
                  Defendant.     )
_____ )

        Matthew B. Duckworth
        Busse & Hunt
        521 American Bank Building
        621 SW Morrison Street
        Portland, Oregon  97205

                Attorney for Plaintiff

        Paul Buchanan
        Buchanan Angeli Altshul & Sullivan LLP
        321 SW Fourth Avenue, Suite 600
        Portland, Oregon  97204

                Attorney for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and

Recommendation on October 21, 2008. The matter is before this court. See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections.

When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a *de novo*

determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309,

1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and

Recommendation, I find no error.

Accordingly, I ADOPT Judge Papak's Findings and Recommendation (#33). Plaintiff's

Motion to Set Aside Order of Dismissal and Reinstate Action (#23) is DENIED.

Dated this _____ 2 nd _____ day of December, 2008.

Garr M. King
United States District Judge

Page 2 - ORDER