FILED'09 JAN 07 16:01 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRED OVCHINNIKOV, ) | Civil No. 07-1482-PK |
| Plaintiff(s), ) | |
| v. ) | **JUDGMENT** |
| CONTECH CONSTRUCTION PRODUCTS INC., ) | |
| Defendant(s). ) | |

Based on the record,

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Set Aside Order of Dismissal and Reinstate Action [23-1] is DENIED.

Dated this 6th day of January, 2009.

by _____
Garr M. King
United States District Judge